RICHARD J. KERN, 083485
**PARKER, KERN, NARD & WENZEL**
7112 N. Fresno Street, Suite 300
Fresno, California  93720
Telephone: (559) 449-2558
Facsimile:  (559) 449-2564

Attorneys for: Plaintiff, McCLATCHY NEWSPAPERS, INC., doing business as THE FRESNO BEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| McCLATCHY NEWSPAPERS, INC., doing business as THE FRESNO BEE, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 1:14-CV-00230-LJO-SAB <br><br> **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

      The parties, by and through their respective attorneys of record, hereby STIPULATE and AGREE to amended of the Scheduling Conference Order in the above-referenced matter as follows:

      1.    That the expert disclosure deadline, currently set for February 23, 2015, be continued to **May 1, 2015**;

      2.    That the supplemental expert disclosure deadline, currently set for March 23, 2015, be continued to **June 1, 2015**;

3. That the expert discovery deadline, currently set for April 6, 2015, be continued to **June 15, 2015**.

No other dates are changed by this Stipulation or Order.

| | |
|---|---|
| DATED: February 19, 2015 | PARKER, KERN, NARD & WENZEL<br>Professional Corporation |
| | |
| | /s/ Richard J. Kern<br>RICHARD J. KERN, ESQ., Attorneys for Plaintiff, McCLATCHY NEWSPAPERS, INC., doing business as THE FRESNO BEE |
| DATED: February 19, 2015 | BERKES, CRANE, ROBINSON & SEAL |
| | |
| | /s/ Steve Crane<br>STEVE CRANE, ESQ., Attorneys for Defendant CONTINENTAL CASUALTY COMPANY |

IT IS HEREBY ORDERED that:

1. That the expert disclosure deadline, currently set for February 23, 2015, be continued to **May 1, 2015**;

2. That the supplemental expert disclosure deadline, currently set for March 23, 2015, be continued to **June 1, 2015**;

3. That the expert discovery deadline, currently set for April 6, 2015, be continued to **June 15, 2015**.

No other dates are changed by this Stipulation or Order.

IT IS SO ORDERED.

Dated:   **March 10, 2015**

UNITED STATES MAGISTRATE JUDGE