Richard J. Kern, 083485
**PARKER, KERN, NARD & WENZEL**
7112 N. Fresno Street, Suite 300
Fresno, California  93720
Telephone: (559) 449-2558
Facsimile:  (559) 449-2564
*rkern@pknwlaw.com*

Attorneys for: Plaintiff, McCLATCHY NEWSPAPERS, INC.,
doing business as THE FRESNO BEE

Steven M. Crane, 108930
**BERKES, CRANE, ROBINSON & SEAL LLP**
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 955-1150
Facsimile:  (213) 955-1155
*scrane@bcrslaw.com*

Attorneys for Defendant and Counter-Claimant,
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| McCLATCHY NEWSPAPERS, INC., doing business as THE FRESNO BEE, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 1:14-CV-00230-LJO-SAB <br><br> **STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND DEADLINE FOR FILING OF JOINT PRETRIAL STATEMENT** <br><br><br> Trial Date: August 11, 2015 |

The parties, by and through their respective attorneys of record, hereby STIPULATE and AGREE to continue the Pretrial Conference and related Joint Pretrial Conference filing deadline in the above-referenced matter as follows:

1.  That the Pretrial Conference currently scheduled for June 24, 2015 be continued to **June 25, 2015** at **8:30 a.m.** in **Courtroom No. 4**.

2.  That the deadline to file the Joint Pretrial Statement currently set for June 17, 2015 be continued to **June 23, 2015 no later than 12:00 p.m. (PST)**.

No other dates are changed by this Stipulation or Order.

| | |
|---|---|
| DATED: June 16, 2015 | PARKER, KERN, NARD & WENZEL<br>Professional Corporation<br><br>/s/ Richard J. Kern<br>RICHARD J. KERN, ESQ., Attorneys for Plaintiff, McCLATCHY NEWSPAPERS, INC., doing business as THE FRESNO BEE |
| DATED: June 16, 2015 | BERKES, CRANE, ROBINSON & SEAL<br><br>/s/ Steve Crane<br>STEVE CRANE, ESQ., Attorneys for Defendant CONTINENTAL CASUALTY COMPANY |

IT IS HEREBY ORDERED:

1.  That the Pretrial Conference currently scheduled for June 24, 2015 be continued to **June 25, 2015** at **8:30 a.m.** in **Courtroom No. 4**.

2.  That the deadline to file the Joint Pretrial Statement currently set for June 17, 2015 be continued to **June 23, 2015 no later than 12:00 p.m. (PST)**.

No other dates are changed by this Stipulation or Order.

IT IS SO ORDERED.

Dated:   **June 16, 2015**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE