# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McCLATCHY NEWSPAPERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CASUALTY CO., <br><br> Defendant. | Case No. 1:14-cv-00230-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 43) |

On July 8, 2015, the parties filed a notice of settlement informing the Court that they have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before August 30, 2015.

IT IS SO ORDERED.

Dated: **July 9, 2015**

UNITED STATES MAGISTRATE JUDGE

1