BERKES CRANE ROBINSON & SEAL LLP
Steven M. Crane (SBN 108930)
  scrane@bcrslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:    (213) 955-1150
Facsimile:    (213) 955-1155

Attorneys for Defendant and Counter-Claimant,
CONTINENTAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| McCLATCHY NEWSPAPERS, INC., doing business as THE FRESNO BEE,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTINENTAL CASUALTY COMPANY, and DOES 1 through 25, inclusive,<br><br>  Defendant. | CASE No. 1:14-cv-00230-SAB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties herein (Document Number 45),

**IT IS HEREBY ORDERED THAT:**

Plaintiff McClatchy's Complaint is dismissed with prejudice.

Defendant Continental's Counterclaim is dismissed with prejudice.

Each party is to bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated:   **August 19, 2015**

_____
UNITED STATES MAGISTRATE JUDGE